United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OCEAN MARINE SERVICES, LLC | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-3086 |
| | § | |
| DMW MARINE, LLC, *et al* | § | |

## ORDER ADOPTING MEMORANDUM AND ORDER AND FINAL JUDGMENT

Pending before the Court in the above referenced proceeding is Plaintiff's Motion for Default Judgment (Doc. No. 10) and, Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 19) that the Court grant Default Judgment against Defendants. Defendants DMW Marine, LLC and DMW Marine Group, LLC who neither responded to the motion for default nor did they object to the Memorandum and Recommendation. Thus, under Local Rule 7.4, the motion and memorandum are deemed unopposed. Plaintiff filed a Notice of No Objection and Request for Entry of Final Judgment (Doc. No. 20).

Upon review, the Court agrees with the Magistrate Judge's conclusion that Defendants did not respond or otherwise request an extension to answer the Plaintiff's Complaint in a timely manner, and the time for doing so has passed. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 19) is **ADOPTED**. Plaintiff's Motion for Default Judgment (Doc. No. 10) is **GRANTED**. It is further

**ORDERED** that Ocean Marine is awarded actual damages in the amount of $83,925.00, pre-judgment interest at the rate of 5% per annum from June 1, 2023 through the date of entry of this final order; $16,794.78 in attorneys fees and costs; and post-judgment interest at the applicable

1

rate provided by 28 U.S.C. § 1961 from the date of final default judgment until paid in full.

Entry of this Order shall constitute entry of final judgment.

SIGNED on this _____ 2ⁿᵈ _____ day of March 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

2